**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-3366-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

LEO SIMMONS,

      Plaintiff,

v.

TOM CLEMENTS, Executive Director, CDOC,
JAMES FALK, Warden, Sterling Correctional Facility, and
ANDREA WILSON, Time and Release/Tech III,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      On December 28, 2012, Plaintiff submitted a Prisoner Complaint and a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the documents are deficient as described in this Order.  Plaintiff will be

directed to cure the following if he wishes to pursue any claims in this Court in this

action.  Any papers that Plaintiff files in response to this Order must include the civil

action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___      is not submitted
(2)   ___      is missing affidavit
(3)   _X_      is missing certified copy of prisoner's trust fund statement for the **6-month
                  period immediately preceding** this filing
(4)   __      is missing certificate showing current balance in prison account
(5)   __      is missing required financial information
(6)   _X_      is missing authorization to calculate and disburse filing fee payments

(7)  __    is missing an original signature by the prisoner
(8)  __    is not on proper form
(9)  __    names in caption do not match names in caption of complaint, petition or
           habeas application
(10) __    other: _____

**Complaint, Petition or Application**:
(11) __    is not submitted
(12) __    is not on proper form
(13) __    is missing an original signature by the prisoner
(14) __    is missing page nos. ___
(15) __    uses et al. instead of listing all parties in caption
(16) __    names in caption do not match names in text
(17) __    addresses must be provided for all defendants/respondents in "Section A.
           Parties" of complaint, petition or habeas application
(18) __    other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 9, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2